**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARIA DIAZ, individually and on behalf of all
others similarly situated,

                    Plaintiff,

    v.

AIR CHINA LIMITED,

                    Defendants.

Case No. 1:20-cv-07555

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV.
P.(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maria Diaz voluntarily dismisses her claims with prejudice against all defendants in this matter.

Dated:  January 15, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   /s/ Max S. Roberts
          Max S. Roberts

Andrew J. Obergfell
Max S. Roberts
888 Seventh Avenue, Third Floor
New York, New York 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: aobergfell@bursor.com
        mroberts@bursor.com

*Attorneys for Plaintiff*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

January 19, 2021